JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 630 -- In re Storage Technology Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/16 | 1 | MOTION, MEMORANDUM, SCHEDULE AND CERT. OF SVC. -- ALL DEFENDANTS (Storage Technology Corp., Jesse I. Aweida, Naim S. Aweida, William R. Mansfield, Jr., Harrison Shull, Thomas F. Wands, Robert A. Burgin, Robert E. LaBlanc, Charles R. Collins, Richard C. Steadman, David J. Dunn, and Arthur Carr -- SUGGESTED TRANSFEREE DISTRICT: D. Colorado; SUGGESTED TRANSFEREE JUDGE:        (emh) |
| 85/01/25 | | APPEARANCES -- Daniel W. Krasner, Esq. for Jonathan Scharaff, et al.; Nicholas E. Chimicles, Esq. for Joseph H. Levit; Eugene A. Spector for John MacDonald; Bertram Bronzaft, Esq. for Bernard Orlofsky; Steven J. Toll, Esq. for Sidney Sobel; Robert S. Schacter, Esq. for Samuel Sinay; Jules Brody for Frederick Rand; Joseph H. Weiss, Esq. for Florence Levitt; and Harry T. Daniels, Esq. for Storage Technology Securities Litigation, Jesse I. Aweida, Naim S. Aweida, William R. Mansfield, Jr., Harrison Shull, Thomas F. Wands, Robert A. Burgin, Robert E. LaBlanc, Charles R. Collins, Richard C. Steadman, David J. Dunn, Arthur Carr.    (rew) |
| 85/01/28 | | APPEARANCE: CURTIS V. TRINKO, ESQ. for Alexander Katechis  (rh) |
| 85/01/29 | | APPEARANCE: ARNOLD LEVIN, ESQ. for Harry Jacobs  (rh) |
| 85/01/30 | 2 | CROSS-MOTION OF PLAINTIFFS FREDERICK RAND AND FLORENCE LEVITT FOR CONSOLIDATION FOR PRE-TRIAL PROCEEDINGS AND TRANSFER TO MDL DOCKET NO. 593/MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION -- pltf. Rand & Levitt -- w/cert. of svc. (rh) |
| 85/01/31 | | APPEARANCES: IRVING MALCHMAN, ESQ. for Norman Kamerman; GENE MESH, ESQ. for Hilda Stoller; GERALD L. BADER, JR., ESQ. for James H. Scoville  (rh) |
| 85/02/01 | 3 | RESPONSE -- Certain Colorado plaintiffs and interested party in James H. Scoville, et al. v. Aweida, et al., D. Colo., C.A. No. 84-JM-2303 -- w/cert. of service  (cds) |

JPML FORM 1A                                                    p. _2_

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _630_ -- In re Storage Technology Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/02/05 | 4 | REPLY -- ALL DEFENDANTS (Storage Technology Corp., Jesse I. Aweida, Naim S. Aweida, William M. Mansfield, Jr., Harrison Shull, Thomas F. Wands, Robert A. Burgin, Charles R. Collins, Robert E. LaBlanc, Richard C. Steadman, David J. Dunn, Arthur Carr, Martin J. Chizick, Frank P. Brunetta, Erik T. Ringkjob and Charles J. Seifert) -- w/cert. of service  (cds) |
| 85/02/06 | 5 | AMENDED MOTION -- to include A-15 James H. Scoville, et al. v. Jesse I. Aweida, et al., D. Colo., C.A. No 84-JM-2303 for transfer -- defts. -- w/cert. of svc. (rh) |
| 85/02/15 |   | APPEARANCE:  JAMES E. NESLAND, ESQ. FOR Price Waterhouse & Company (cds) |
| 85/02/15 | 6 | RESPONSE, BRIEF (asking consolidation w/MDL-593) -- plaintiff Scharff -- w/cert. of service  (cds) |
| 85/02/21 |   | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif.  (emh) |
| 85/02/21 | 7 | RESPONSE, MEMORANDUM TO CROSS MOTIONS -- Price Waterhouse -- w/Exhibits and cert. of service  (cds) |
| 85/03/28 |   | HEARING APPEARANCES:  HARRY T. DANIELS, ESQ. for Storage Technology Corp., Jesse I. Aweida, William R. Mansfield, Jr., Naim S. Aweida, Harrison Shull, Thomas F. Wands, Robert A. Burgin, Robert E. LaBlanc, Charles R. Collins, Richard C. Steadman, David J. Dunn and Arthur Carr; NICHOLAS E. CHIMICLES, ESQ. for Samuel Sinay, et al.; JAMES E. NESLAND, ESQ. for Price Waterhouse; JULES BRODY, ESQ. for Frederick Rand; JOSEPH H. WEISS, ESQ. For Florence Levitt; DANIEL W. KRASNER, ESQ. for Johnathan E. Scharff  (rh) |
| 85/03/85 |   | WAIVER OF ORAL ARGUMENT:  John McDonald, et al., Sidney Sobel, et al.; Bernard Orlofsky; James A. Spear; Alexander Katechis, et al. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 630 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/25 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to D. Colorado to the Hon. Richard P. Matsch pursuant to 28 U.S.C. §1407. (rh) |
| 85/04/25 | | TRANSFER ORDER -- transferring A-12 & A-14 to the D. Colorado pursuant to transfer of U.S.C. §1407. Notified involved counsel, clerk, judge and misc. recipents. (rh) |
| 90/09/05 | 8 | ORDER REASSIGNING LITIGATION -- reassingning litigation to Judge Sherman G. Finesilver -- filed in D. Colorado, order signed by Judge Richard P. Matsch (dated July 16, 1990) (rh) |
| 90/09/05 | | ORDER REASSIGNING LITIGATION -- to Judge Sherman G. Finesilver, D. Colorado -- (litigation was from Judge Richard P. Matsch) -- Notified involved judges, clerks and counsel (rh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 630 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 28, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 25, 1985 | TO | unpublished | D. Colorado | ~~Hon. Richard P. Matsch~~ Hon. Sherman G. Finesilver | |

Special Transferee Information

DATE CLOSED: Sep 28, 1990

JPML FORM 1

LISTING OF INVOLVED ACTIONS

D. Colorado
Judge Richard P. Matsch

DOCKET NO. 630 -- In re Storage Technology Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James A. Spear v. Storage Technology Corporation, et al. | D.Colo. ~~Moore~~ Matsch | 84-2029 | | | | |
| A-2 | Harry Jacobs v. Storage Technology Corporation, et al. | D.Colo. ~~Moore~~ Matsch | 84-2058 | | | | |
| A-3 | Norman Kamerman v. Jesse I. Aweida, et al. | D.Colo. ~~Moore~~ Matsch | 84- M-1995 | | | | |
| A-4 | Johnathan E. Scharff, et al. v. Storage Technology Corporation, et al. | D.Colo. ~~Moore~~ Matsch | 84-2008 | | | September 28, 1990 | |
| A-5 | Joseph H. Levit v. Storage Technology Corporation, et al. | D.Colo. ~~Moore~~ Matsch | 84- M-1981 | | | | |
| A-6 | John MacDonald, et al. v. Storage Technology Corporation, et al. | D.Colo. ~~Moore~~ Matsch | 84-2048 | | | | |
| A-7 | Bernard Orlofsky v. Storage Technology Corporation, et al. | D.Colo. ~~Moore~~ Matsch | 84- M-2069 | | | | |
| A-8 | Sidney Sobel v. Jesse I. Aweida, et al. | D.Colo. ~~Moore~~ Matsch | 84-2125 | | | | |
| A-9 | Alexander Katechis v. Jesse I. Aweida, et al. | D.Colo. ~~Moore~~ Matsch | 84-2186 | | | | |
| A-10 | Hilda Stoller v. J.I. Aweida, et al. | D.Colo. ~~Moore~~ Matsch | 84- M-2366 | | | | |

DOCKET NO. 630 -- In re Storage Technology Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Samuel Sinay v. Jesse I. Aweida, et al. | D.Colo. ~~Moore~~ Matsch | 84-M-2353 | | | | |
| A-12 | Frederick Rand v. Storage Technology Corporation | N.D.Cal. Vukasin | C84-6344-JPV | 4-25-85 | 85-M-1376 | Sep. 28, 1990 | ✓ |
| A-13 | Frederick Rand v. Jesse I. Aweida | N.D.Cal. Lynch | C84-7030-EEL | ~~~~ | 85-M-1377 | | 1404 to Colo. noted '86 |
| A-14 | Florence Levitt v. Jesse I. Aweida | N.D.Cal. Patel | C84-7004-MHP | 4-25-85 | 85-M-1441 | | |
| A-15 | James H. Scoville, et al. v. Jesse I. Aweida, et al. | D.Colo. ~~Moore~~ Matsch | 84-M-2303 | | | | |

*Handwritten notes:*
July 1985 - 2 TR; 12 XR; 14 ... 8
July 1986 - 1 XR; 15 Pdg
July 1987 - Same
July 1988 - Same
July 1989 - Same
July 1990 - Same
July 1991 - Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 630 -- In re Storage Technology Corporation Securities Litigation

JAMES A. SPEAR (A-1)
Stanley R. Wolfe, Esquire
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

HARRY JACOBS (A-2)
Arnold Levin, Esquire
Levin & Fishbein
320 Walnut Street, Suite 600
Philadelphia, PA 19106

NORMAN KAMERMAN (A-3)
Irving Malchman, Esq.
Kaufman, Malchman & Kirby
475 Park Avenue South
New York, New York 10016

JONATHAN SCHARFF, ET AL. (A-4)
Daniel W. Krasner, Esquire
Wolf, Haldenstein, Adler,
   Freeman & Herz
270 Madison Avenue
New York, New York 10016

JOSEPH LEVIT (A-5)
Nicholas E. Chimicles, Esquire
Greenfield & Chimicles
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041-0100

JOHN MACDONALD (A-6)
Eugene A. Spector, Esquire
Gross & Sklar, P.C.
1500 Walnut Street, Ste. 600
Philadelphia, PA 19102

FLORENCE LEVITT (A-14)
Joseph H. Weiss, Esq.
Law Offices of Joseph H. Weiss
319 Fifth Avenue
New York, New York 10016

BERNARD ORLOFSKY (A-7)
Bertram Bronzaft, Esquire
Garwin, Bronzaft & Gerstein
1501 Broadway
New York, New York 10036

SIDNEY SOBEL (A-8)
Steven J. Toll, Esquire
Kohn, Milstein, Cohen &
 Hausfeld
1401 New York Ave., N.W.
Suite 600
Washington, D.C. 20005

ALEXANDER KATECHIS (A-9)
Curtis V. Trinko, Esquire
Law Offices of Curtis V. Trinko
805 Third Avenue
19th Floor
New York, New York 10022

HILDA STOLLER (A-10)
Gene Mesh, Esquire
Gene Mesh Co., L.P.A.
3133 Burnet Avenue
P.O. Box 29073
Cincinnati, OH 45229

SAMUEL SINAY (A-11)
Robert S. Schacter, Esquire
Zwerling, Schacter & Zwerling
50 Clinton Street
Hempstead, New York 11550

FREDERICK RAND (A-12)(A-13)
Jules Brody, Esquire
Stull, Stull & Brody
6 East 45th Street
New York, New York 10017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __630__ -- In re Storage Technology Corporation Securities Litigation

STORAGE TECHNOLOGY CORPORATION
JESSE I. AWEIDA
WILLIAM R. MANSFIELD, JR.
NAIM S. AWEIDA
HARRISON SHULL
THOMAS F. WANDS
ROBERT A. BURGIM
ROBERT E. LABLANC
CHARLES R. COLLINS
RICHARD C. STEADMAN
DAVID J. DUNN
ARTHUR CARR
Harry T. Daniels, Esquire
Hale & Dorr
60 State Street
Boston, Massachuttes  02109

JAMES H. SCOVILLE (A-15)
Gerald L. Bader, Jr., Esq.
Bader & Cox
1660 Seventeenth Street
Suite 400
Denver, Colorado  80202

PRICE WATERHOUSE & COMPANY
James E. Nesland, Esq.
Ireland, Stapleton, Pryor & Pascoe
1675 Broadway, Suite 2600
Post Office Box 1410
Denver, Colorado  80201

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 630 -- In re Storage Technology Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Storage Technology Corp. ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-9, A-12, |
| Jesse I. Aweida ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-13, A-14, A-15 |
| Naim S. Aweida ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-15 |
| William R. Mansfield, Jr. ✓ | A-1, A-2, A-4, A-5, A-8, A-9, A-10, A-11, A-15 |
| Harrison Skull ✓ | A-3, A-9, A-11, A-6, A-15 |
| Thomas F. Wands ✓ | A-3, A-6, A-9, A-11, A-15 |
| Robert A. Burgin ✓ | A-3, A-6, A-9, A-11, A-15 |
| Robert E. LaBlanc ✓ | A-3, A-6, A-9, A-11, A-15 |
| Charles R. Collins ✓ | A-3, A-6, A-9, A-11, A-15 |
| Richard C. Steadman ✓ | A-3, A-6, A-9, A-11, A-15 |
| David J. Dunn ✓ | A-3, A-9, A-11, A-15 |

p. 2

| | |
|---|---|
| Arthur Carr ✓ | A-9, A-11, A-15 |
| Brice Waterhouse & Company | A-15 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |